April 04, 2008

Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042

Mr. Robert F. Redmond Jr.
Williams Mullen
Two James Center
1021 East Cary Street
Richmond, VA 23219
Mr. P. Michael Jung
Strasburger & Price, L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794

RE: Case Number: 06-0386
 Court of Appeals Number: 06-04-00136-CV
 Trial Court Number: 00-C-0099A-102

Style: ANSELL HEALTHCARE PRODUCTS, INC. AND BECTON, DICKINSON AND
 COMPANY
 v.
 OWENS & MINOR, INC. AND OWENS & MINOR MEDICAL, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Debbie |
| |Autrey |
| |Mr. Billy Fox |